IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL D. KEEN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12-cv-00206 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SWVRJ-ABINGDON FACILITY, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that Keen's request to proceed *in forma pauperis* is **GRANTED**; this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the parties.

**ENTER**: This 4th day of June, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE